# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **CARRIUS L. WILLIAMS** | **CIVIL ACTION NO. 18-1299-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **MELVIN SMITH, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the <u>Heck</u> conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for <u>habeas</u> relief be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 10th day of September, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE